UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

                              Plaintiffs,

                -against-

D.J.W. COMMERCIAL FLOORING INSTALLATION, LLC,

                              Defendant.
-------------------------------------------------------------------------X

**JUDGE KAPLAN**

07 CIV 9314

07 CV _____

**CIVIL RULE 7.1
STATEMENT**

RECEIVED
OCT 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

            PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO

ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE

DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE

PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT

OWN 10% OR MORE OF ITS STOCK:

                              NONE

Dated: New York, New York
       October 17, 2007

                              ANDREW GRABOIS (AG 3192)
                              O'Dwyer & Bernstien, LLP
                              Attorneys for Plaintiffs
                              52 Duane Street
                              New York, New York 10007
                              (212) 571-7100