## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9314                   Purchased/Filed: October 17, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*     Plaintiff

against

*D.J.W. Commercial Flooring Installation, LLC*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on **November 2, 2007**, at **2:00 pm**, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on **D.J.W. Commercial Flooring Installation, LLC**, the Defendant in this action, by delivering to and leaving with **Donna Christie**, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, **1** true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **40** dollars; That said service was made pursuant to Section **304 Limited Liability Company Law**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: **38**    Approx. Wt: **145**    Approx. Ht: **5'5"**  
Color of skin: **White**    Hair color: **Blonde**    Sex: **F**    Other: _____

Sworn to before me on this  
**6th** day of **November, 2007**

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709045

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179