UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERSANNUITY FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT COOPERATION
FUND, by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

                                     Plaintiffs,

                -against-

D.J.W. COMMERCIAL FLOORING INSTALLATION, LLC,
                            Defendant.
------------------------------------------------------------------------X

07 CV 9314 (LAK)
ECF CASE

**CLERKS
CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that this action commenced on October 17, 2007 by filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been served on the

defendant, D.J.W. Commercial Flooring Installation, LLC, on November 2, 2007, by delivering one (1)

true copy thereof to Donna Christie, an authorized clerk in the Office of the Secretary of State of the State

of New York, and proof of service being filed on November 9, 2007, and by registered mail to D.J.W.

Commercial Flooring Installation, LLC, 80 Nassau Street, New York, NY 10038 on October 23, 2007, and

proof of service being filed on November 9, 2007.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise

moved with respect to complaint herein.  The default of the defendant is hereby noted.

Dated: _Dec 3, 2007_
     New York, New York

                                  **J. MICHAEL MCMAHON**
                                   Clerk of the Court

                          By:_____
                                  Deputy Clerk