UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEW YORK DISTRICT COUNCIL OF CARPENTERS'
PENSION FUND, et al.,

                         Plaintiffs,

             -against-                            07 Civ. 9314 (LAK)

D.J.W. COMMERCIAL FLOORING INSTALLATION, LLC,

                        Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiffs' motion for a default judgment is granted. The Clerk shall enter judgment accordingly and close the case.

       SO ORDERED.

Dated:       January 15, 2008

                                                    Lewis A. Kaplan
                                              United States District Judge

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 1/16/08]